UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRANDON KOMMER on behalf of himself : Civil Action No.: 17-cv-296 LEK/DJS
and all others similarly situated,             :
                                                              :
            Plaintiff,                              :
                                                              :
-against-                                          :  **NOTICE OF MOTION FOR**
                                                              :  **PRELIMINARY APPROVAL OF**
                                                              :  **CLASS ACTION SETTLEMENT**
FORD MOTOR COMPANY,               :
                                                              :
            Defendant.                             :

---

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement and the Declaration of Jeffrey I. Carton and annexed Exhibits, Plaintiff Brandon Kommer will move this Court at a term thereof to be held at the United States Courthouse, 445 Broadway, Albany, New York, as soon as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 23: (i) preliminarily approving the Class Action Settlement; (ii) provisionally certifying the Class for settlement purposes only; (iii) preliminarily appointing Plaintiff Brandon Kommer as class representative and his counsel, Denlea & Carton LLP, as Class Counsel; (iv) appointing JND Legal Administration Co. as the Class Settlement Administrator; (v) approving Class Notice, and dissemination of the Class Notice to the members of the Class; and (vi) scheduling the Final Hearing for Approval of the Settlement and Plaintiff's Application for an Award of Attorneys' Fees and Expenses and a Service Award to the Named Plaintiff.

Defendant Ford Motor Company joins in this Motion and is submitting its own papers in support thereof.

Dated:   White Plains, New York
         March 5, 2020

                                        Respectfully submitted,

                                        /s Jeffrey I. Carton
                                        DENLEA & CARTON LLP
                                        Jeffrey I. Carton, Esq. (513238)
                                        Robert J. Berg, Esq. (101139)
                                        2 Westchester Park Drive, Suite 410
                                        White Plains, New York 10604
                                        Telephone: (914) 331-0100
                                        Facsimile: (914) 331-0105
                                        jcarton@denleacarton.com
                                        rberg@denleacarton.com